Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
12, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed April 12, 2007.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00758-CV

____________

 

IN RE RAPID SETTLEMENTS, LTD., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N 

On September 1, 2006, relator Rapid Settlements, Ltd. filed
a petition for writ of mandamus and an emergency motion, requesting this court
order respondent, the Honorable Lamar McCorkle, presiding judge of the 133rd
Judicial District Court, Harris County, to (1) rescind an order granting a
temporary injunction that enjoined an arbitration between relator and real
party in interest Patricia A. Hogan; and (2) order respondent to rule on
relator=s motion to compel arbitration.  See
Tex. Govt. Code Ann. ' 22.221; Tex. R. App. P. 52.10. 

 Relator
has failed to establish that it is entitled to mandamus relief.  Accordingly,
we deny relator=s petition for a writ of mandamus.  The stay granted by this
court on  September 1, 2006 is ordered lifted.     








PER
CURIAM

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed on April 12, 2007.

Panel consists of Justices Anderson, Hudson, and
Guzman.